**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **KAPITUS SERVICING, INC** | **CIVIL ACTION NO. 22-cv-1316** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **M A C CONTRACTING GROUP, INC, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 43] filed by Defendants, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss [Doc. Nos. 20 & 21] are **DENIED**.

**MONROE, LOUISIANA** this the 23rd day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**